406 So.2d 1113 (1981)
STATE of Florida, Petitioner,
v.
Ernest Eugene GIBBS, Respondent.
No. 60414.
Supreme Court of Florida.
November 25, 1981.
Jim Smith, Atty. Gen. and Gregory C. Smith, Asst. Atty. Gen., Tallahassee, for petitioner.
Theodore E. Mack, Asst. Public Defender, Tallahassee, for respondent.
PER CURIAM.
Affirmed. 394 So.2d 231 (Fla.App.). Murray v. State, 403 So.2d 417 (Fla. 1981).
ADKINS, Acting C.J., and BOYD, OVERTON, ALDERMAN and McDONALD, JJ., concur.